# UNITED STATES DISTRICT COURT

for the
Northern District of Oklahoma

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 25-mj-345 CDL |
| STEPHEN DALE HOMER | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

SEALED

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __STEPHEN DALE HOMER,__

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 2251(a) and 2251(e) – Sexual Exploitation of a Child (Production of Child Pornography)
18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) – Possession of and Access with Intent to View Child Pornography

Date: __April 24, 2025__
        @ 9:39 a.m

_____
*Issuing officer's signature*

City and state:   __Tulsa, Oklahoma__

__Christine D. Little, United States Magistrate Judge__
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
| At *(city and state)* _____ |
| Date: _____ |
| _____<br>*Arresting officer's signature* |
| _____<br>*Printed name and title* |

Robert/ard